WYOMING *v.* UNITED STATES ET AL.

No. 88–309.   Argued April 25, 1989—Decided June 26, 1989

*Michael Douglas White* argued the cause for petitioner. With him on the briefs were *Joseph B. Meyer*, Attorney General of Wyoming, *S. Jane Caton*, Assistant Attorney General, and *David F. Jankowski*.

*Jeffrey P. Minear* argued the cause for the United States. With him on the brief were *Acting Solicitor General Bryson, Acting Assistant Attorney General Carr, Deputy Solicitor General Wallace, Edward J. Shawaker,* and *Robert L. Klarquist.   Susan M. Williams* argued the cause for respondents Shoshone Tribe et al.   With her on the brief were *Brice M. Clagett, Saul B. Goodman, W. Richard West, Jr., Dale T. White,* and *Andrew W. Baldwin.   Sky D. Phifer* filed a brief for respondents Bath et al.*

\*Briefs of *amici curiae* urging reversal were filed for the State of Arizona et al. by *Jim Jones*, Attorney General of Idaho, and *Clive J. Strong* and *David J. Barber*, Deputy Attorneys General, *Robert K. Corbin*, Attorney General of Arizona, *Marc Racicot*, Attorney General of Montana, *Brian McKay*, Attorney General of Nevada, *R. Paul Van Dam*, Attorney General of Utah, and *Kenneth O. Eikenberry*, Attorney General of Washington; and for the city of Phoenix by *Roderick G. McDougall, M. James Callahan,* and *Katherine Ott Verburg.*

*Harry R. Sachse, Reid Peyton Chambers, Ethel J. Abeita,* and *Robert T. Anderson* filed a brief for the Native American Rights Fund et al. as *amici curiae* urging affirmance.

Briefs of *amici curiae* were filed for the State of California et al. by *John K. Van de Kamp*, Attorney General of California, *R. H. Connett*, Assistant Attorney General, *Douglas B. Noble*, Deputy Attorney General, *Fred Vendig, Karen L. Tachiki,* and *Jerome C. Muys;* for the State of New Mexico by *Hal Stratton*, Attorney General, and *Martha C. Dabney* and *Vickie L. Gabin*, Special Assistant Attorneys General; for the County of Chaves et al. by *Gary C. Mitchell* and *Richard A. Simms;* for the Salt

PER CURIAM.

The judgment below is affirmed by an equally divided Court.

JUSTICE O'CONNOR took no part in the decision of this case.

River Project Agricultural Improvement and Power District by *John B. Weldon, Jr.*, and *Stephen E. Crofton;* for the village of Ruidoso by *Neil C. Stillinger* and *Kathleen R. Marr;* and for the Shoshone-Bannock Tribes by *Jeanette Wolfley.*